UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

                                  Civil Action No. 04-CV-30147-KPN

| | |
|---|---|
| MESTEK, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MACSTEEL SERVICE CENTERS USA, INC. and | ) |
| BSC PROPERTIES, INC., | ) |
|     Defendants | ) |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(A), plaintiff Mestek, Inc. hereby discloses the following: Mestek, Inc. has no parent corporation and no publicly-held company owns ten percent (10%) or more of its stock.

                                  Respectfully Submitted,

                                  The Plaintiff,
                                  MESTEK, INC.
                                  By their Attorneys,

                                  /s/ Kevin C. Maynard
                                  Kevin C. Maynard
                                   BBO No. 550669
                                  Bulkley, Richardson and Gelinas, LLP
                                  1500 Main Street, Suite 2700
                                  Springfield, MA  01115
                                  Tel. (413) 781-2820
                                  Fax (413) 272-6804

Dated:  August 12, 2004