UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
MESTEK, INC.,                               )
                                            )
    Plaintiff,                              )
                                            )
    v.                                      )   C.A. No. 04-30147-KPN
                                            )
MACSTEEL SERVICE CENTERS USA, INC., and     )
BSC PROPERTIES, INC.,                       )
                                            )
    Defendants.                             )
_____)

RULE 7.1(A) STATEMENT OF MACSTEEL SERVICE CENTERS USA, INC.

    Pursuant to Rule 7.1(a), Fed.R.Civ.P., defendant Macsteel Service Centers USA, Inc. ("Macsteel") states that it is a privately held corporation whose parent corporation is the Macsteel Group, which is also privately held. No publicly held corporation owns 10% or more of Macsteel's stock.

    MACSTEEL SERVICE CENTERS USA, INC.,

    By its attorneys,

    _____/s/ Michael D. Vhay_____
    E. Randolph Tucker (BBO No. 503845)
    Michael D. Vhay (BBO No. 566444)
    PIPER RUDNICK LLP
    One International Place, 21st Floor
    Boston, MA 02110-2600
    (617) 406-6000 (telephone)
    (617) 406-6100 (fax)

Dated: October 12, 2004