UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30147-KPN

| | |
|---|---|
| MESTEK, INC., )<br>    Plaintiff )<br>)<br>v. )<br>)<br>MACSTEEL SERVICE CENTERS USA, INC. and )<br>BSC PROPERTIES, INC., )<br>    Defendants ) | REPLY TO<br>COUNTERCLAIM |

  Mestek, Inc. ("Mestek") submits the following as its reply to the Counterclaim herein:

### FIRST AFFIRMATIVE DEFENSE

  1. Mestek is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Counterclaim.

  2. Mestek admits the allegations contained in paragraph 2 of the Counterclaim.

  3. Mestek admits the allegations contained in paragraph 3 of the Counterclaim.

  4. Mestek admits the allegations contained in paragraph 4 of the Counterclaim.

  5. Mestek admits the allegations contained in paragraph 5 of the Counterclaim.

  6. Mestek admits the allegations contained in paragraph 6 of the Counterclaim.

  7. In response to the allegations of paragraph 7 of the Counterclaim, Mestek admits that it has failed to pay for the shipments described, but denies that its failure to pay is wrongful, and further states that it is entitled to a set-off of amounts for which Macsteel is liable.

### SECOND AFFIRMATIVE DEFENSE

  The Counterclaim fails to state a claim upon which relief may be granted.

## THIRD AFFIRMATIVE DEFENSE

The defendant-in-counterclaim is entitled to a set-off.

## JURY DEMAND

Mestek hereby requests a trial by jury as to all issues so triable.

> The Plaintiff and Defendant-in-Counterclaim
> MESTEK, INC.
> By Its Attorneys:
>
> /s/ Kevin C. Maynard
> Kevin C. Maynard
>  BBO No. 550669
> Bulkley Richardson and Gelinas, LLP
> 1500 Main Street, Suite 2700
> Springfield, MA  01115-5507
> Tel.: (413) 272-6244
> Fax: (413) 272-6804

Dated:  November 2, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on November 2, 2004.

> /s/ Kevin C. Maynard
> Kevin C. Maynard