UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MESTEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> MACSTEEL SERVICE CENTERS USA, INC. and BSC PROPERTIES, INC., <br><br> Defendants. | Civil Action No. 3:04-cv-30147-KPN |

### NOTICE OF APPEARANCE

The undersigned hereby files an appearance for Defendant BSC Properties, Inc. in the above-referenced matter.

Dated: November 10, 2004

BSC PROPERTIES, INC.,
Defendant,

By its attorneys,

/s/ Lucy Prashker
Lucy Prashker, Esq. (BBO #638735)
Cain Hibbard Myers & Cook, PC
309 Main Street
Great Barrington, MA 01230
(413) 443-4771 (telephone)
(413) 528-6973 (facsimile)
lprashker@cainhibbard.com

CEB / 11/9/2004 / 012124 / 0001 / 213964