UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MESTEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> MACSTEEL SERVICE CENTERS USA, INC. and BSC PROPERTIES, INC., <br><br> Defendants. | Civil Action No. 3:04-cv-30147-KPN |

### STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Plaintiff Mestek, Inc. and Defendant, BSC Properties, Inc. ("BSC") hereby stipulate to an extension of time to January 18, 2005, for BSC to answer or otherwise respond to the Complaint.

Dated: January 11, 2005

| MESTEK, INC., <br> Plaintiff, | BSC PROPERTIES, INC., <br> Defendant, |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Kevin C. Maynard (with permission LP) | /s/ Lucy Prashker |
| Kevin C. Maynard, Esq. (BBO #550669) <br> Bulkley, Richardson and Gelinas, LLP <br> 1500 Main Street, Suite 2700 <br> Springfield, MA  01115-5507 <br> (413) 781-2820 (telephone) <br> (413) 272-6804 (facsimile) <br> kmaynard@bulkley.com | Lucy Prashker, Esq. (BBO #638735) <br> Cain Hibbard Myers & Cook, PC <br> 309 Main Street <br> Great Barrington, MA  01230 <br> (413) 443-4771 (telephone) <br> (413) 528-6973 (facsimile) <br> lprashker@cainhibbard.com |

SO ORDERED:

_____
Magistrate Judge Kenneth P. Neiman

Date: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MESTEK, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>MACSTEEL SERVICE CENTERS USA, INC. and BSC PROPERTIES, INC.,<br><br>        Defendants. | Civil Action No. 3:04-cv-30147-KPN |

## STIPULATION TO EXTEND TIME FOR DEFENDANT
## TO RESPOND TO COMPLAINT

Plaintiff Mestek, Inc. and Defendant, BSC Properties, Inc. ("BSC") hereby stipulate to an extension of time to January 18, 2005, for BSC to answer or otherwise respond to the Complaint.

Dated: January 11, 2005

MESTEK, INC.,
Plaintiff,

By its attorneys,

_____
Kevin C. Maynard, Esq. (BBO #550669)
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
(413) 781-2820 (telephone)
(413) 272-6804 (facsimile)
kmaynard@bulkley.com

BSC PROPERTIES, INC.,
Defendant,

By its attorneys,

_____
Lucy Prashker, Esq. (BBO #638735)
Cain Hibbard Myers & Cook, PC
309 Main Street
Great Barrington, MA 01230
(413) 443-4771 (telephone)
(413) 528-6973 (facsimile)
lprashker@cainhibbard.com