UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MESTEK, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MACSTEEL SERVICE CENTERS USA,<br>INC. and BSC PROPERTIES, INC.,<br><br>　　　　　　　Defendants. | Civil Action No. 3:04-cv-30147-KPN |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(A), defendant BSC Properties, Inc. ("BSC") hereby discloses the following: the parent corporation of BSC is Duferco Steel Inc. and no publicly-held company owns ten percent (10%) or more of BSC's stock.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　Defendant,
　　　　　　　　　　　　　　　　　　BSC PROPERTIES, INC.,
　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　_/s/ Lucy Prashker_
　　　　　　　　　　　　　　　　　　Lucy Prashker, Esq. (BBO #405330)
　　　　　　　　　　　　　　　　　　Cain Hibbard Myers & Cook, PC
　　　　　　　　　　　　　　　　　　309 Main Street
　　　　　　　　　　　　　　　　　　Great Barrington, MA  01230
　　　　　　　　　　　　　　　　　　(413) 443-4771 (telephone)
　　　　　　　　　　　　　　　　　　(413) 528-6973 (facsimile)
　　　　　　　　　　　　　　　　　　lprashker@cainhibbard.com

Dated:  January 18, 2005