UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
MESTEK, INC.,                               )
                                            )
    Plaintiff,                              )
                                            )
    v.                                      )   C.A. No. 04-30147-KPN
                                            )
MACSTEEL SERVICE CENTERS USA, INC., and    )
BSC PROPERTIES, INC.,                       )
                                            )
    Defendants.                             )
_____)

## NOTICE OF FIRM NAME CHANGE

Pursuant to Local Rule 83.5.2(e), please enter the following change of firm name on the docket of this action. Effective January 1, 2005, the firm name of counsel for defendant Macsteel Service Centers USA, Inc. is:

Michael D. Vhay, Esq. (BBO #566444)
E. Randolph Tucker (BBO #503845)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

~BOST1:317919.v1
26692-30

          MACSTEEL SERVICE CENTERS USA, INC.

          By its attorneys,

          _____
          E. Randolph Tucker (BBO #503845)
          Michael D. Vhay (BBO #566444)
          DLA PIPER RUDNICK GRAY CARY US LLP
          One International Place, 21st Floor
          100 Oliver Street
          Boston, MA  02110-2613
          (617) 406-6000 (telephone)
          (617) 406-6100 (fax)

Dated:  February 21, 2005