UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MESTEK, INC., ) <br>               Plaintiff ) <br> ) <br> v. ) <br> ) <br> MACSTEEL SERVICE CENTERS USA, INC. and ) <br> BSC PROPERTIES, INC., ) <br>              Defendants ) | Civil Action No. 04-CV-30147-KPN <br><br> JOINT STATEMENT FOR <br> INITIAL SCHEDULING <br> CONFERENCE |

Pursuant to the Notice of Scheduling Conference dated February 8, 2005, and in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, counsel for the plaintiff Mestek, Inc. and for the defendants Macsteel Service Centers USA, Inc. and BSC Properties, Inc. have conferred and submit the following:

1. <u>PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE</u>.

    A.) Establishment of a pretrial schedule, including discovery and deadlines for filing of motions;

    B.) Plaintiff's settlement proposal and response thereto by the defendants.

2. <u>PROPOSED PRE-TRIAL SCHEDULE</u>

    | EVENT | DATE |
    |---|---|
    | Exchange of Automatic Discovery Pursuant to Fed. R. Civ. P. 26(a)(1) | March 30, 2005 |
    | Joinder of Additional Parties and Amendments to Pleadings | April 16, 2005 |
    | Service of Written Discovery | May 30, 2005 |
    | All non-expert discovery to be completed by | September 30, 2005 |
    | Plaintiff's Expert Report due by | October 31, 2005 |

| | |
|---|---|
| Defendants' Expert Report(s) due by | November 30, 2005 |
| All expert discovery to be completed by | December 31, 2005 |
| Motions for Summary Judgment filed by | January 31, 2006 |
| Pretrial conference | Date convenient for the Court |

3.     CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION.

The parties will file their Local Rule 16(D)(3) certifications at the Initial Scheduling Conference.

4.     CONSENT TO TRIAL BEFORE MAGISTRATE JUDGE

Defendant Macsteel Service Centers USA, Inc. does not consent to trial of this matter by a magistrate judge.

Respectfully submitted,

| | |
|---|---|
| Mestek, Inc.<br>By its attorneys, | Macsteel Service Centers USA, Inc.<br>By its attorneys, |
| /s/ Kevin C. Maynard<br>Francis D. Dibble, Jr. – BBO No. 123220<br>Kevin C. Maynard – BBO No. 550669<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, MA 01115<br>Tel.: (413) 781-2820<br>Fax  (413) 272-6804 | /s/ Michael D. Vhay<br>E. Randolph Tucker – BBO No. 503845<br>Michael D. Vhay – BBO No. 566444<br>DLA Piper Rudnick Gray Cary US LLP<br>One International Place, 21st Floor<br>Boston, MA 02110-2613<br>Tel. (617) 406-6000<br>Fax (617) 406-6100 |
| | BSC Properties, Inc.<br>By its attorneys, |
| | /s/ Lucy Prashker<br>Lucy Prashker – BBO No. 405330<br>Cain Hibbard Myers & Cook, PC<br>309 Main Street<br>Great Barrington, MA 01230<br>Tel. (413) 443-4771<br>Fax (413) 528-6973 |

Dated:  March 8, 2005
291923