UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MESTEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> MACSTEEL SERVICE CENTERS USA, INC., and BSC PROPERTIES, INC., <br><br> Defendants. | C.A. No. 04-30147-KPN |

**MACSTEEL SERVICE CENTERS USA, INC.'S
CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)**

Defendant Macsteel Service Centers USA, Inc. and the undersigned counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

MACSTEEL SERVICE CENTERS USA, INC.

By: _____
Its: CEO & PRESIDENT

_____
E. Randolph Tucker (BBO No. 503845)
Michael D. Vhay (BBO No. 566444)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA 02110-2600
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

Dated: March 15, 2005

~BOST1:321390.v1