UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MESTEK, INC.,

        Plaintiff,

v.

MACSTEEL SERVICE CENTERS USA, INC. and BSC PROPERTIES, INC.,

        Defendants.

Civil Action No. 3:04-cv-30147-KPN

## LOCAL RULE 16.1 - CERTIFICATION

The undersigned herby certify that Defendant BSC Properties, Inc., and its counsel have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

340675

Respectfully submitted,

**BSC PROPERTIES, INC.,**

Defendant,

By its attorneys,

_____
Lucy Prashker, Esq. BBO405330
Cain Hibbard Myers & Cook, PC
309 Main Street
Great Barrington, MA 01230
(413) 443-4771 (telephone)
(413) 528-6973 (facsimile)
lprashker@cainhibbard.com

Dated: March 15, 2005

CONFIRMATION:

BSC PROPERTIES, INC.

By: _____

Date: _____ 3/10/05

340675

2