UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30147-KPN

| | |
|---|---|
| MESTEK, INC., )<br>            Plaintiff )<br> )<br>v. )<br> )<br>MACSTEEL SERVICE CENTERS USA, INC. and )<br>BSC PROPERTIES, INC., )<br>            Defendants ) | LOCAL RULE 16.1(D)(3)<br>CERTIFICATION |

Plaintiff and its undersigned counsel affirm that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: March 16, 2005

The Plaintiff
MESTEK, INC.
By Its Attorneys:

_____
Kevin C. Maynard, BBO No. 550669
Bulkley Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 272-6244 / Fax: (413) 272-6804

By: _____
Richard E. Kessler, Vice President
Mestek, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand/mail on March 16, 2005.

_____
Kevin C. Maynard