UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MESTEK, INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>MACSTEEL SERVICE CENTERS USA,<br>INC. and BSC PROPERTIES, INC.,<br><br>                      Defendants. | Civil Action No. 3:04-cv-30147-KPN |

## JOINT MOTION TO CONTINUE
## INITIAL SCHEDULING CONFERENCE

The parties, by and through their attorneys, respectfully request that the Court continue the initial scheduling conference previously scheduled for March 16, 2005 at 10:30 a.m., to April 7, 2005 at 10:30 a.m. due to a sudden and excusable unavailability of one of the participants. Counsel for all parties have confirmed their availability on April 7, 2005 at 10:30 a.m.

WHEREFORE, the parties respectfully request that this Court continue the pretrial conference to April 7, 2005 at 10:30 a.m.

Respectfully submitted,

Dated: March 17, 2005

BSC PROPERTIES, INC.,
Defendant,

By its attorneys,

*Lucy Prashker/csr*
Lucy Prashker, Esq. (BBO #405380)
Cain Hibbard Myers & Cook, PC
309 Main Street
Great Barrington, MA 01230
(413) 443-4771 (telephone)
(413) 528-6973 (facsimile)
lprashker@cainhibbard.com

MACSTEEL SERVICE CENTERS USA, INC.
Defendant,

By its attorneys,

_____
E. Randolph Tucker (BBO #503845)
Michael D. Vhay (BB0 #566444)
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, MA 02110-2600
(617) 406-6000 (telephone)
(617) 406-6100 (facsimile)
michael.vhay@dlapiper.com

MESTEK, INC.
Plaintiff

By its attorneys,

_____
Francis D. Dibble, Jr. (BBO #123220)
Kevin C. Maynard (BBO #550669)
Bulkley, Richardson and Gelinas, LLP
1500 Main Street – Suite 2700
Springfield, MA 01115-5507
(413) 781-2820 (telephone)
(413) 272-6804 (facsimile)
kmaynard@bulkley.com

Respectfully submitted,

Dated: March 17, 2005

BSC PROPERTIES, INC.,
Defendant,

By its attorneys,

---

Lucy Prashker, Esq. (BBO #405330)
Cain Hibbard Myers & Cook, PC
309 Main Street
Great Barrington, MA 01230
(413) 443-4771 (telephone)
(413) 528-6973 (facsimile)
lprashker@cainhibbard.com

MACSTEEL SERVICE CENTERS USA, INC.
Defendant,

By its attorneys,

*/s/ E. Randolph Tucker*

E. Randolph Tucker (BBO #503845)
Michael D. Vhay (BBO #566444)
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, MA 02110-2600
(617) 406-6000 (telephone)
(617) 406-6100 (facsimile)
michael.vhay@dlapiper.com

MESTEK, INC.
Plaintiff

By its attorneys,

---

Francis D. Dibble, Jr. (BBO #123220)
Kevin C. Maynard (BBO #550669)
Bulkley, Richardson and Gelinas, LLP
1500 Main Street – Suite 2700
Springfield, MA 01115-5507
(413) 781-2820 (telephone)
(413) 272-6804 (facsimile)
kmaynard@bulkley.com

Respectfully submitted,

Dated: March 17, 2005

BSC PROPERTIES, INC.,
Defendant,

By its attorneys,

---

Lucy Prashker, Esq. (BBO #405330)
Cain Hibbard Myers & Cook, PC
309 Main Street
Great Barrington, MA 01230
(413) 443-4771 (telephone)
(413) 528-6973 (facsimile)
lprashker@cainhibbard.com

MACSTEEL SERVICE CENTERS USA, INC.
Defendant,

By its attorneys,

---

E. Randolph Tucker (BBO #503845)
Michael D. Vhay (BB0 #566444)
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, MA 02110-2600
(617) 406-6000 (telephone)
(617) 406-6100 (facsimile)
michael.vhay@dlapiper.com

MESTEK, INC.
Plaintiff

By its attorneys,

---

Francis D. Dibble, Jr. (BBO #123220)
Kevin C. Maynard (BBO #550669)
Bulkley, Richardson and Gelinas, LLP
1500 Main Street – Suite 2700
Springfield, MA 01115-5507
(413) 781-2820 (telephone)
(413) 272-6804 (facsimile)
kmaynard@bulkley.com

LP/3/17/2005/012124/0001/341481/v1