UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MESTEK, INC.,                )
      Plaintiff       )
                             )
v.                           )   Civil Action No.  04-30147-KPN
                             )
                             )
MACSTEEL SERVICE CENTERS USA, )
INC. and BSC PROPERTIES, INC., )
      Defendants      )

SCHEDULING ORDER
April 7, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All written discovery shall be served by May 31, 2005.

2. Non-expert depositions shall be completed by September 30, 2005.

3. Counsel shall appear for a case management conference on October 5, 2005, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

      /s/ Kenneth P. Neiman
      KENNETH P. NEIMAN
      U.S. Magistrate Judge