UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MESTEK, INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>MACSTEEL SERVICE CENTERS USA,<br>INC. and BSC PROPERTIES, INC.,<br><br>                      Defendants. | Civil Action No. 3:04-cv-30147-KPN |

**ASSENTED TO MOTION TO EXTEND DISCOVERY DEADLINE**

    Defendant, BSC Properties, Inc. ("BSC"), by and through its attorneys, hereby moves this Court to issue an order (i) granting an extension of time to complete discovery from September 30, 2005 to January 30, 2006, and (ii) rescheduling the case management conference for some date thereafter.

    As grounds therefor, BSC states that the parties have been exploring settlement. While the parties have exchanged written discovery, they require additional time both to complete that written discovery and to schedule and complete depositions.

    Plaintiff Mestek, Inc. and Defendant Macsteel Service Centers USA, Inc. assent to this request.

Dated:  September 22, 2005

Respectfully submitted,

**BSC PROPERTIES, INC.**,
Defendant,

By its attorney,
/s/ Lucy Prashker
Lucy Prashker (BBO # 405330)
Cain Hibbard Myers & Cook, PC
309 Main Street
Great Barrington, MA  01230
(413) 443-4771 (telephone)
(413) 528-6973 (facsimile)
lprashker@cainhibbard.com (e-mail)

ASSENTED TO:
**MESTEK, INC.**,
Plaintiff,

By its attorney,

/s/ Kevin C. Maynard
Kevin C. Maynard (BBO #550669)
Bulkley Richardson & Gelinas, LLP
1500 Main Street – Suite 2700
Springfield, MA 01115-5570
(413) 272-6244 (telephone)
(413) 272-6804 (facsimile)


ASSENTED TO:
**MACSTEEL SERVICE CENTERS USA, INC.**,
Defendant,

By its attorney,

/s/ Michael D. Vhay
Michael D. Vhay (BBO #566444)
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2600
(617) 406-6000 (telephone)
(617) 406-6100 (facsimile)

LP/9/20/2005/012124/0001/368634/v1