UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MESTEK, INC., ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.  04-30147-KPN |
| ) | |
| ) | |
| MACSTEEL SERVICE CENTERS USA, ) | |
| INC. and BSC PROPERTIES, INC., ) | |
|     Defendants ) | |

REVISED SCHEDULING ORDER
September 26, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Motion to Extend Discovery Deadlines (Document No. 22) and revises the schedule as follows:

1. All non-expert discovery shall be completed by January 30, 2006.

2. Counsel shall appear for a case management conference on February 2, 2006, at 11:30 a.m. in Courtroom Three.  The October 5, 2005 conference is hereby cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge