UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MESTEK, INC., </br></br>Plaintiff, </br></br>v. </br></br>MACSTEEL SERVICE CENTERS USA, INC., and BSC PROPERTIES, INC., </br></br>Defendants. | C.A. No. 04-30147-KPN |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(A)(1)(ii), Fed.R.Civ.P., all of the parties to this action stipulate to the dismissal with prejudice of all claims, counterclaims, cross-claims and counter-cross-claims in this matter. The parties waive any and all rights of appeal, and shall bear their own costs.

MESTEK, INC.

By its attorneys,

_/s/_____
Francis D. Dibble, Jr. (BBO No. 123220)
Kevin C. Maynard (BBO No. 550669)
BULKEY, RICHARDSON AND GELINAS, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
(413) 781-2820 (telephone)
(413) 272-0804 (fax)

MACSTEEL SERVICE CENTERS USA, INC.,

By its attorneys,

_/s/_____
Michael D. Vhay (BBO No. 566444)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA 02110-2600
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

~BOST1:396823.v2
26692-30

BSC PROPERTIES, INC.,

By its attorneys,

*[signature]*

Lucy Prashker (BBO No. 405330)
CAIN HIBBARD MYERS & COOK, PC
309 Main Street
Great Barrington, MA  02130
(413) 443-4771 (telephone)
(413) 528-6973 (fax)

Dated:  December 21, 2005